WILLIAM H. CROWELL, Respondent, *v.* EPHRAIM W SMITH, Appellant.

(Argued June 1, 1886; decided June 22, 1886.)

*Jacob B. Decker* for appellant.

*A. P. Rich* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.